IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

TAMMY SHERRELL WILSON,

        Plaintiff,

v.                               CIVIL ACTION NO. 3:18-0890

WEXFORD MEDICAL and ADMINISTRATION/STAFF
AT FAULT, (1990 through present);
WARDEN LORI NOHE, in her personal capacity;
J.D. SALLAZ, Acting Warden of Lakin Correctional Center,
in his official capacity;
SUSAN BIRDSONG, in both her personal and official capacities;
CORRECTIONAL OFFICER CHERYL SPENCER,
in her personal capacity;
NATHAN BALL, in both his personal and official capacities;
BETSY JIVIDEN, Commissioner of the DCR, in her official capacity,
CANDY DAVIS, Aramark supervisor, in her personal capacity,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny the Motion for Leave to Amend the Complaint to the extent that it seeks the joinder of proposed defendants Sherry Clatworthy, Paul Stump, Julie Price, Nurse Practitioner Amanda Ford, Dr. Sherri Johnson, and the John Doe and Jane Doe defendants and give Plaintiff fourteen days to name the individuals she has designated as Jane Does and John

Does. ECF No. 68. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** the Motion for Leave to Amend the Complaint to the extent that it seeks the joinder of proposed defendants Sherry Clatworthy, Paul Stump, Julie Price, Nurse Practitioner Amanda Ford, Dr. Sherri Johnson, and the John Doe and Jane Doe defendants. Plaintiff shall have fourteen days to name the individuals she has designated as Jane Does and John Does.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: September 11, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE