IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**TAMMY SHERRELL WILSON,**

      **Plaintiff,**

v.                            **Case No. 3:18-cv-00890**

**WEXFORD MEDICAL and
ADMINISTRATION/STAFF
AT FAULT, (1990 through present);
WARDEN LORI NOHE; J. D. SALLAZ;
SUSAN BIRDSONG; CORRECTIONAL
OFFICER CHERYL SPENCER;
NATHAN BALL; BETSY JIVIDEN;
CANDY DAVIS; C. J. RIDER; and
HEIDI BEEGLE, R.N.,**

      **Defendants.**

<u>**MEMORANDUM OPINION and ORDER
SEALING DOCUMENT**</u>

    Pending before the Court is Defendants' Motion to File Supplemental Disclosure Under Seal. (ECF No. 228). Having reviewed the motion and attached exhibits, the Court **ORDERS** that the exhibits attached to the motion, **(ECF Nos. 228-1, 228-2)**, be filed as **SEALED**.

    The undersigned is cognizant of the well-established Fourth Circuit precedent recognizing a presumption in favor of public access to judicial records. *Ashcraft v. Conoco, Inc.,* 218 F.3d 288 (4th Cir. 2000). As stated in *Ashcraft,* before sealing a document, the Court must follow a three step process: (1) provide public notice of the request to seal; (2) consider less drastic alternatives to sealing the document; and (3)

provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting alternatives. *Id.* at 302. In this case, the attached documents shall be sealed and will be designated as sealed on the Court's docket. The Court deems this sufficient notice to interested members of the public. The Court has considered less drastic alternatives to sealing the Exhibit, but no alternatives to sealing the document are feasible. Moreover, the public's right to be informed is outweighed, at this stage of the litigation, by the interests to be protected in this circumstance. Accordingly, the Court finds that sealing only the Exhibits does not unduly prejudice the public's right to access court documents.

The Clerk is instructed to provide a copy of this Order to the plaintiff and all counsel of record.

**ENTERED**:  December 18, 2020

Cheryl A. Eifert
United States Magistrate Judge